```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANET MCALLISTER, as              )
Special Administrator             )
of the Estate of                  )
PATRICK MCALLISTER,               )
                                  )
     Plaintiff,                   )
                                  )
v.                                )    No. 3:14-cv-1-JPG-PMF
                                  )
THE WASHINGTON UNIVERSITY,        )
a corporation,                    )
BARNES-JEWISH HOSPITAL,           )
a not-for-profit                  )
corporation, BJC HOME             )
CARE SERVICES, a not-for-profit   )
corporation, and THE UNITED       )
STATES OF AMERICA,                )
                                  )
     Defendants.                  )
```

## COMPLAINT

## JURISDICTION

Jurisdiction lies pursuant to the Federal Tort Claims Act (FTCA), Title 28, U.S.C. §2674. Supplemental jurisdiction over non-FTCA claims lies pursuant to Title 28, U.S.C. §1367

## COUNT I

(Wrongful Death v. The Washington University)

Comes now the plaintiff, by and through her attorney, **KEEFE & KEEFE, P.C.,** and for Count I of her Complaint against the defendant, The Washington University, states as follows:

1. That on or about March 26, 2013, Patrick McAllister died in the State of Illinois, and his wife, Janet McAllister, has

been appointed Special Administrator of his Estate, and brings this action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

2. That on or about March 13, 2013, plaintiff underwent a percutaneous nephrolithotomy of a right renal calculus performed by agents, servants, and/or employees of defendants The Washington University and Barnes-Jewish Hospital, and during said procedure his kidney and pleura were perforated.

3. That on or about March 13, 2013, and thereafter, defendant The Washington University, was a Missouri corporation, doing business in the State of Illinois, when it, by and through its agents, servants, and employees, assumed the care of Patrick McAllister.

4. That the defendant, individually, and by and through its agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

   a) negligently and carelessly failed to address Patrick McAllister's abnormal vital signs and hemoglobin levels prior to discharge;

   b) negligently and carelessly failed to obtain a chest x-ray prior to discharge;

   c) negligently and carelessly discharged Patrick McAllister;

   d)  negligently and carelessly failed to timely diagnose and treat internal bleeding;

   e)  negligently and carelessly performed a percutaneous nephrolithotomy while the patient was on aspirin;

 5. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendants as aforesaid, Patrick McAllister died, and his next of kin have been permanently deprived of his love, companionship, society, support, and they have incurred and become liable for large sums of money in hospital, medical and related expenses, all to their damage in a substantial amount.

 WHEREFORE plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT II

(Wrongful Death v. Barnes Jewish Hospital)

 Comes now the plaintiff, by and through her attorney, **KEEFE & KEEFE, P.C.**, and for Count II of her Complaint against the defendant, Barnes Jewish Hospital, states as follows:

 1. That on or about March 26, 2013, Patrick McAllister died in the State of Illinois, and his wife, Janet McAllister, has been appointed Special Administrator of his Estate, and brings this action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

2. That on or about March 13, 2013, plaintiff underwent a percutaneous nephrolithotomy of a right renal calculus performed by agents, servants, and/or employees of defendants The Washington University and Barnes-Jewish Hospital, and during said procedure his kidney and pleura were perforated.

3. That on or about March 13, 2013, through March 21, 2013, and at all times herein mentioned, defendant Barnes-Jewish Hospital, was a Missouri not-for-profit corporation, doing business in the State of Illinois, when it, by and through its agents, servants, and employees, assumed the care of Patrick McAllister.

4. That the defendant, individually, and by and through its agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

    a) negligently and carelessly failed to address Patrick McAllister's abnormal vital signs and hemoglobin levels prior to discharge;

    b) negligently and carelessly failed to obtain a chest x-ray prior to discharge;

    c) negligently and carelessly discharged Patrick McAllister;

    d) negligently and carelessly failed to timely diagnose and treat internal bleeding;

  e)  negligently and carelessly performed a percutaneous nephrolithotomy while the patient was on aspirin;

5. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendants as aforesaid, Patrick McAllister died, and his next of kin have been permanently deprived of his love, companionship, society, support, and they have incurred and become liable for large sums of money in hospital, medical and related expenses, all to their damage in a substantial amount.

WHEREFORE plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT III

(Wrongful Death v. BJC Home Care Services)

Comes now the plaintiff, by and through her attorney, **KEEFE & KEEFE, P.C.**, and for Count III of her Complaint against the defendant, BJC Home Care Services, states as follows:

1. That on or about March 26, 2013, Patrick McAllister died in the State of Illinois, and his wife, Janet McAllister, has been appointed Special Administrator of his Estate, and brings this action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

2.   That on or about March 22, 2013, and thereafter, the defendant BJC Home Care Services was a Missouri not-for-profit corporation, authorized and doing business in the State of Illinois, when they, by and through their agents, servants, employees, and other health care providers, assumed the care of Patrick McAllister for home health care services following discharge from Barnes Jewish Hospital after a percutaneous nephrolithotomy of a right renal calculus.

3.   That the defendant, individually, and by and through its agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

      a)   negligently and carelessly failed to ensure Patrick McAllister obtained emergency medical care;

      b)   negligently and carelessly failed to appropriately communicate Patrick McAllister's deteriorating medical condition to his physicians;

      c)   negligently and carelessly failed to instruct Patrick McAllister to go to the emergency room;

4.   That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendants as aforesaid, Patrick McAllister died, and his next of kin have been permanently deprived of his love, companionship, society, support, and they have incurred and become liable for

large sums of money in hospital, medical and related expenses, all to their damage in a substantial amount.

WHEREFORE plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

### COUNT IV

(Wrongful Death v. The United States of America)

Comes now the plaintiff, by and through her attorney, **KEEFE & KEEFE, P.C.**, and for Count IV of her Complaint against the defendant, The United States of America, states as follows:

1. That on or about March 26, 2013, Patrick McAllister died in the State of Illinois, and his wife, Janet McAllister, has been appointed Special Administrator of his Estate, and brings this action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

2. That on or about March 22, 2013, and at all times herein mentioned, the defendant The United States of America, was operating the 375th Medical Group at Scott Air Force Base, when it by and through its agents, servants, and employees, assumed the care of Patrick McAllister.

3. That the defendant, individually, and by and through its agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

      a) negligently and carelessly failed to ensure Patrick McAllister obtained emergency medical care;

      b) negligently and carelessly failed to appropriately communicate Patrick McAllister's deteriorating medical condition to his physicians;

      c) negligently and carelessly failed to instruct Patrick McAllister to go to the emergency room;

4. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendants as aforesaid, Patrick McAllister died, and his next of kin have been permanently deprived of his love, companionship, society, support, and they have incurred and become liable for large sums of money in hospital, medical and related expenses, all to their damage in a substantial amount.

WHEREFORE plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

### COUNT V

(Survival Claim v. The Washington University)

Comes now the plaintiff, by and through her attorney, **KEEFE & KEEFE, P.C.**, and for Count V of her Complaint against the defendant, The Washington University, states as follows:

1. That on or about March 26, 2013, Patrick McAllister died in the State of Illinois, and his wife, Janet McAllister, has been appointed Special Administrator of his Estate, and brings this action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

2. That on or about March 13, 2013, plaintiff underwent a percutaneous nephrolithotomy of a right renal calculus performed by agents, servants, and/or employees of defendants The Washington University and Barnes-Jewish Hospital, and during said procedure his kidney and pleura were perforated.

3. That on or about March 13, 2013, and thereafter, defendant The Washington University, was a Missouri corporation, doing business in the State of Illinois, when it, by and through its agents, servants, and employees, assumed the care of Patrick McAllister.

4. That the defendant, individually, and by and through its agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

    a) negligently and carelessly failed to address Patrick McAllister's abnormal vital signs and hemoglobin levels prior to discharge;

    b) negligently and carelessly failed to obtain a chest x-ray prior to discharge;

    c)    negligently and carelessly discharged Patrick McAllister;

    d)    negligently and carelessly failed to timely diagnose and treat internal bleeding;

    e)    negligently and carelessly performed a percutaneous nephrolithotomy while the patient was on aspirin;

5. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid, Patrick McAllister died, and he suffered permanent pain, mental anguish, disfigurement, incurred medical bills up until the time of his death, and was permanently prevented from attending to his usual affairs and duties up to the time of his death, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

### COUNT VI

(Survival Claim v. Barnes-Jewish Hospital)

Comes now the plaintiff, by and through her attorney, **KEEFE & KEEFE, P.C.**, and for Count VI of her Complaint against the defendant, Barnes-Jewish Hospital, states as follows:

1. That on or about March 26, 2013, Patrick McAllister died in the State of Illinois, and his wife, Janet McAllister, has been appointed Special Administrator of his Estate, and brings this action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

2. That on or about March 13, 2013, plaintiff underwent a percutaneous nephrolithotomy of a right renal calculus performed by agents, servants, and/or employees of defendants The Washington University and Barnes-Jewish Hospital, and during said procedure his kidney and pleura were perforated.

3. That on or about March 13, 2013, through March 21, 2013, and at all times herein mentioned, defendant Barnes-Jewish Hospital, was a Missouri not-for-profit corporation, doing business in the State of Illinois, when it, by and through its agents, servants, and employees, assumed the care of Patrick McAllister.

4. That the defendant, individually, and by and through its agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

    a) negligently and carelessly failed to address Patrick McAllister's abnormal vital signs and hemoglobin levels prior to discharge;

    b) negligently and carelessly failed to obtain a chest x-ray prior to discharge;

  c)  negligently and carelessly discharged Patrick McAllister;

  d)  negligently and carelessly failed to timely diagnose and treat internal bleeding;

  e)  negligently and carelessly performed a percutaneous nephrolithotomy while the patient was on aspirin;

5. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid, Patrick McAllister died, and he suffered permanent pain, mental anguish, disfigurement, incurred medical bills up until the time of his death, and was permanently prevented from attending to his usual affairs and duties up to the time of his death, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

### COUNT VII

(Survival Claim v. BJC Home Care Services)

Comes now the plaintiff, by and through her attorney, **KEEFE & KEEFE, P.C.**, and for Count VII of her Complaint against the defendant, BJC Home Care Services, states as follows:

1. That on or about March 26, 2013, Patrick McAllister died in the State of Illinois, and his wife, Janet McAllister, has been appointed Special Administrator of his Estate, and brings this action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

2. That on or about March 22, 2013, and thereafter, the defendant BJC Home Care Services was a Missouri not-for-profit corporation, authorized and doing business in the State of Illinois, when they, by and through their agents, servants, employees, and other health care providers, assumed the care of Patrick McAllister for home health care services following discharge from Barnes Jewish Hospital after a percutaneous nephrolithotomy of a right renal calculus.

3. That the defendant, individually, and by and through its agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

    a) negligently and carelessly failed to ensure Patrick McAllister obtained emergency medical care;

    b) negligently and carelessly failed to appropriately communicate Patrick McAllister's deteriorating medical condition to his physicians;

    c) negligently and carelessly failed to instruct Patrick McAllister to go to the emergency room;

4. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid, Patrick McAllister died, and he suffered permanent pain, mental anguish, disfigurement, incurred medical bills up until the time of his death, and was permanently prevented from attending to his usual affairs and duties up to the time of his death, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT VIII

(Survival Claim v. The United States of America)

Comes now the plaintiff, by and through her attorney, **KEEFE & KEEFE, P.C.**, and for Count VIII of her Complaint against the defendant, The United States of America, states as follows:

1. That on or about March 26, 2013, Patrick McAllister died in the State of Illinois, and his wife, Janet McAllister, has been appointed Special Administrator of his Estate, and brings this action pursuant to the Illinois Survival Act and Illinois Wrongful Death Act.

2. That on or about March 22, 2013, and at all times herein mentioned, the defendant The United States of America, was operating the 375th Medical Group at Scott Air Force Base, when it by and through its agents, servants, and employees, assumed the care of Patrick McAllister.

3. That the defendant, individually, and by and through its agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

   a) negligently and carelessly failed to ensure Patrick McAllister obtained emergency medical care;

   b) negligently and carelessly failed to appropriately communicate Patrick McAllister's deteriorating medical condition to his physicians;

   c) negligently and carelessly failed to instruct Patrick McAllister to go to the emergency room;

4. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid, Patrick McAllister died, and he suffered permanent pain, mental anguish, disfigurement, incurred medical bills up until the time of his death, and was permanently prevented from attending to his usual affairs and duties up to the time of his death, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

/s/Samantha S. Unsell
SAMANTHA S. UNSELL
Ill. Reg. No. 6298752
Attorney for Plaintiff

```
KEEFE & KEEFE, P.C.
ATTORNEYS AT LAW
#6 EXECUTIVE WOODS COURT
BELLEVILLE, ILLINOIS  62226
618/236-2221
618/236-2194 (Facsimile)
```