IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANET MCALLISTER, *as Special Administrator of the Estate of Patrick Mcallister*,

Plaintiff,

v.

WASHINGTON UNIVERSITY, *et al.*,

Defendants.

Case No. 15-cv-1 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 11, 2017**     **JUSTINE FLANAGAN, Acting Clerk of Court**

   **s/*Tina Gray*, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**